IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| RICHARD TABIZON, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COVENANT TRANSPORT, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:19-CV-00060-PLR-SKL |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF APPEARANCE
OF KAI-CHING CHA AS ATTORNEY OF RECORD**

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Kai-Ching Cha (CA Bar No. 218738) is no longer associated with Littler Mendelson, P.C. as of August 23, 2019. Therefore, Ms. Cha's appearance is hereby withdrawn as counsel of record for Defendant COVENANT TRANSPORT, INC. in this matter, and she should be removed from the service list.

All other attorneys at Littler Mendelson, P.C. who are currently listed as counsel of record shall remain counsel of record and should not be removed from the service list.

DATED: September 24, 2019    *Respectfully submitted*,

   /s/ Gal Gressel
   M. LEVY LEATHERMAN (TN Bar No. 34631)
   lleatherman@littler.com
   LITTLER MENDELSON, P.C.
   333 Commerce Street, Suite 1450

Nashville, TN 37201
Telephone: 615.383.3033
Facsimile: 615.383.3323

RICHARD H. RAHM (CA Bar No. 130728)
*(Admitted Pro Hac Vice)*
rrahm@littler.com
LISA LIN GARCIA (CA Bar No. 260582)
*(Pro Hac Vice — PENDING)*
llgarcia@littler.com
GAL GRESSEL (CA Bar No. 286312)
*(Admitted Pro Hac Vice)*
ggressel@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
COVENANT TRANSPORT, INC.

# CERTIFICATE OF SERVICE

I hereby certify that September 24, 2019, a copy of the foregoing DEFENDANT'S NOTICE OF WITHDRAWAL OF APPEARANCE OF KAI-CHING CHA AS ATTORNEY OF RECORD was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

By: /s/ *Gal Gressel*
GAL GRESSEL
(*Admitted Pro Hac Vice*)
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940

Attorneys for Defendant
COVENANT TRANSPORT, INC.