UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| RICHARD TABIZON, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COVENANT TRANSPORT, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00060-CEA-CHS |

### NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF PAGA SETTLEMENT

Comes now Plaintiff Richard Tabizon, by counsel and pursuant to Fed. R. Civ. P. 23 (e), who hereby moves for final approval of the final approval of the proposed class action and PAGA settlement. This Motion is supported by a Memorandum of Law (ECF No. 92).

Respectfully Submitted,

/s/ Edward W. Choi
Edward W. Choi, CA Bar No. 211334
*(Pro Hac Vice)*
edward.choi@choiandassociates.com
LAW OFFICES OF CHOI & ASSOCIATES
A Professional Corporation
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
Telephone: (213) 381-1515
Facsimile: (213) 465-4885

LARRY W. LEE (CA SBN 228175)
*(Pro Hac Vice)*
DIVERSITY LAW GROUP, P.C.
515 S. Figueroa St., Suite 1250

1

Los Angeles, CA 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554
Email: lwlee@diversitylaw.com

DAVID LEE (CA SBN 296294)
*(Pro Hac Vice)*
DAVID LEE LAW
515 S. Flower Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213)236-3536
Facsimile: (866) 658-4722
Email: David@DavidJLeeLaw.com

JOSHUA WARD
MASSEY & ASSOCIATES, PC
Tennessee No. 031329
6400 Lee Highway, Suite 101
Chattanooga TN 37421
Phone: (423) 697-4529
Fax:(423) 634-8886
Josh@masseyattorneys.com

Attorneys for Plaintiff RICHARD TABIZON,
as an individual and on behalf of all others
similarly situated

CERTIFICATE OF SERVICE

     I hereby certify that on the 5th day of April 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                 By: */s/ Edward W. Choi*
                       Edward W. Choi